UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3897 WDK (AS) | Date | March 3, 2025 |
|---|---|---|---|
| Title | James Thomas Ruiz v. G. Sanchez, Jr., et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| L. Krivitsky for Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE DISMISSED OR TO PROVIDE ACCURATE/SUFFICIENT SERVICE INFORMATION**

On May 9, 2024, Plaintiff James Thomas Ruiz, a state prisoner who is proceeding *pro se* and has been granted leave to proceed *in forma pauperis* ("IFP"), filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 against the following five members of the Los Angeles County Sheriff's Department who were allegedly on duty at the Los Angeles County Jail where Plaintiff was housed in August and September 2023: Deputies G. Sanchez, Jr., Zunaga, Crosby, and Ose, and Sergeant Paula. (Docket ("Dkt.") No. 1). On September 11, 2024, the Court issued an Order Re Service of Process directing Plaintiff to complete and return to the Clerk of the Court a USM-285 form for each Defendant, supplying, among other things: a first and last name for each Defendant; the Defendant's identification number, if available; and a complete street address where each Defendant can be served. (Dkt. No. 18). Plaintiff thereafter returned ten USM-285 forms – one for each Defendant in his or her individual capacity and one for each Defendant in his or her official capacity. (Dkt. No. 25). However, the United States Marshal's Service ("USMS") has been unable to effect service upon any Defendant because the USMS has been unable to locate any Defendant with the information provided. (Dkt. Nos. 31-35).

Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the Court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

An incarcerated *pro se* plaintiff, proceeding IFP is entitled to rely on the USMS for service and should not be penalized by having his action dismissed for failure to effect service where the USMS has failed to perform its duties. Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990). Nevertheless, a plaintiff relying upon the USMS for service must provide the necessary information to effectuate service. Id. Where a *pro se* plaintiff fails to provide the USMS with accurate and sufficient information to effect service of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3897 WDK (AS) | Date | March 3, 2025 |
|---|---|---|---|
| Title | James Thomas Ruiz v. G. Sanchez, Jr., et al. | | |

summons and complaint, a court may dismiss the unserved defendant *sua sponte*. Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994), abrogated on other grounds by, Sandin v. Connor, 515 U.S. 472 (1995). Here, as noted, Plaintiff has not provided sufficient information for the USMS to serve any Defendant.

　　IT IS THEREFORE ORDERED that no later than **March 24, 2025**, Plaintiff shall either (1) show good cause in writing, if any exists, why this case should not be dismissed as against Defendants based on Plaintiff's failure to provide accurate and sufficient information to enable the USMS to effect service of the summons and Complaint upon such Defendants; or (2) supply the Court with information sufficient to effect service upon such Defendants.

　　**Plaintiff is cautioned that the failure to comply with this Order, and/or to show good cause or to provide sufficient information to effect service upon Defendants may result in the dismissal of this action as against such Defendants for failure to comply with the Court's Order, failure to provide accurate and sufficient information to effect service of the summons and Complaint upon such Defendants, and/or failure to prosecute such Defendants.**

　　IT IS SO ORDERED.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | LK | |