## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-3897 WDK (AS) | Date | May 5, 2025 |
|---|---|---|---|
| Title | James Thomas Ruiz v. G. Sanchez, Jr., et al. | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**    **(IN CHAMBERS) SECOND ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE DISMISSED OR TO PROVIDE ACCURATE/SUFFICIENT SERVICE INFORMATION**

On March 3, 2025. The Court issued an Order To Show Cause why this case should not be dismissed for failure to provide accurate and sufficient information to permit the U.S. Marshal's Service ("USMS") to serve Defendants with the summons and complaint. (Dkt. No. 36). Plaintiff was ordered to respond no later than March 24, 2025, by showing (1) "good cause in writing, if any exists, why this case should not be dismissed based on Plaintiff's failure to provide accurate and sufficient information to enable the USMS to effect service of the summons and Complaint upon such Defendants; or (2) supply[ing] the Court with information sufficient to effect service upon such Defendants." (Dkt. No 36). The Court's Order also warned Plaintiff that "the failure to comply with this Order, and/or to show good cause or to provide sufficient information to effect service upon Defendants may result in the dismissal of this action[.]" Id.

To date, Plaintiff has failed to respond to the Court's March 3, 2025 Order, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than May 30, 2025**, why this action should not be dismissed for Plaintiff's failure to comply with the Court's Order, failure to provide accurate and sufficient information to effect service of the summons and Complaint upon the Defendants, and/or failure to prosecute such Defendants.

If Plaintiff no longer wishes to pursue thsi action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

<u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3897 WDK (AS) | Date | May 5, 2025 |
|---|---|---|---|
| Title | James Thomas Ruiz v. G. Sanchez, Jr., et al. | | |

0     :     00

Initials of Preparer          AF