JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JAMES THOMAS RUIZ, | Case No. CV 24-03897-WDK (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| G. SANCHEZ, JR., et. al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 5, 2025

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE